IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD BUSH | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO.  07-5232 |

## MEMORANDUM

**ROBERT F. KELLY, Sr. J.**                                                                                       **MAY 14, 2008**

On December 14, 2007, this Court dismissed the above action with prejudice.  See Memorandum and Order, Docket No. 3.

On December 19, 2007, Bush filed a Notice of Appeal to the Third Circuit Court of Appeals (Docket No. 6).  On January 23, 2008 the Appeal was dismissed under Rule 42(b), Federal Rule of Appellate Procedure.

The docket of this action reveals the following motions outstanding:

12/19/2007, Docket No. 8, "Motion By Gerald Bush to Proceed In Forma Pauperis, Statement".

12/20/2007, Docket No. 9, "Motion By Gerald Bush To Withdrew Application For 28 U.S.C.A. 2254 And Request Relief Under 28 U.S.C.A. 2241 And For A Hearing Res Judicative".

12/26/2007, Docket No. 11, "Mamendment Of 28 U.S.C.A. 2241 Motion For  Expert Witness Supporting Habeas Corpus/Corpus Juris Secundum 39-a Filed By Plff.".

12/28/2007, Docket No. 12, "Motion To Revoked Adoption Decree Filed By Gerald Bush".

We therefore enter the following Order.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD BUSH | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO.  07-5232 |

**O R D E R**

**AND NOW,** this 14th  day of May, 2008, the above referred to Motions are hereby **DENIED AS MOOT.**

BY  THE  COURT:


 /s/ Robert F. Kelly
ROBERT  F.  KELLY
SENIOR  JUDGE